LEE ADELSON et al., Respondents, *v.* GEORGE DREYMAN et al., Appellants, et al., Defendants.

LEWIS GINSBURG, Appellant and Respondent. (Action No. 1.)

In the Matter of LEWIS GINSBURG, Appellant. SAMUEL ADELSON et al., Respondents. (Proceeding No. 1.)

Submitted May 22, 1944; decided June 8, 1944.

*Lewis Ginsburg* for motion.

*Moses H. Rothman* opposed.

Motion for leave to appeal and for a stay dismissed, with ten dollars costs and necessary printing disbursements on the ground that neither order finally determines an action or special proceeding within the meaning of the Constitution.